# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ROYAL PRINCE FRANKLIN KINGSLAND JOHNSON, III,

Appellant,

v.

SUSAN LOPEZ; KIM BRENNAN; ALEX RUBIN;
and LINDSEY MICA HODGES,

Appellees.

No. 2D2025-2517

_____

June 17, 2026

Appeal from the Circuit Court for Hillsborough County; Kimberly Sharpe Byrd, Judge.

Royal Prince Franklin Kingland Johnson, III, pro se.

James Uthmeier, Attorney General, Tallahassee, and Thomas Munkittrick, Assistant Attorney General, Tampa, for Appellees.

PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.